**Mabel Orr, Appellee and Cross Appellant, v. Sidney Herzog and John P. Roche, Cross Appellees, and Harold Schencker, Appellant.**
**Appeal of Harold Schencker, Appellant.**

Gen. No. 43,433.

Heard in the first division, first district, this court at the June term, 1945; opinion filed January 7, 1946; rehearing denied January 21, 1946; released for publication January 21, 1946. Samuel Levin, for appellant; Errett O. Graham, for cross appellant; Ross, Berchem & Schwantes, for certain appellee; John P. Roche, *pro se.* Opinion by JUSTICE NIEMEYER. Not to be published in full.